ELIZA FLUHART *v.* JAMES GOLDING et al.

APPEAL from the First District Court of New Orleans, *Larue,* J. J. H. *Holland,* for plaintiff. *Randel Hunt* and *J. W. Frost,* for defendant. By the court:

EUSTIS, C. J. The judgment having been executed by the defendant at the instance of plaintiff, the appeal must be held to be abandoned. 3 Ann. 115. Code of Practice, 567.

Appeal dismissed, with costs.